UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF ARKANSAS

WESTERN DIVISION

FILED
APR 07 2006
CLERK

| | | |
|---|---|---|
| HALEY HUITT and<br>MICHAEL McELROY, | )<br>)<br>) | CIV. 05-01355 RHB |
| Plaintiffs, | )<br>) | |
| vs. | )<br>) | |
| ST. VINCENT INFIRMARY d/b/a<br>ST. VINCENT HEALTH SYSTEM,<br>COLLEGE OF HEALTH CARE<br>PROFESSIONALS, SCHOOL OF<br>PRACTICAL NURSING; HAZEL<br>WOOD, Director of Education; MARCI<br>JUSTICE, Director of the School of<br>Practical Nursing; and, GLENDA<br>CLOUGH, Instructor, School of Practical<br>Nursing. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | ORDER OF DISMISSAL |
| Defendants. | ) | |

In accordance with the parties' settlement agreement dated January 4, 2006, and good cause appearing, it is hereby

ORDERED, ADJUDGED, AND DECREED that the above-captioned action is dismissed with prejudice, and without cause, further notice or costs to any party.

Dated this 7th day of April, 2006.

BY THE COURT:

*Richard H. Battey*
RICHARD H. BATTEY
UNITED STATES DISTRICT JUDGE